UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR03-13MJP |
| v. | ) | |
| | ) | **PROPOSED FINDINGS OF FACT AND** |
| TERRY MICHAEL HILL, | ) | **DETERMINATION AS TO ALLEGED** |
| | ) | **VIOLATIONS OF SUPERVISED** |
| Defendant. | ) | **RELEASE** |
| | ) | |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 19, 2008. The defendant appeared pursuant to a summons. The United States was represented by Annette Hayes, and defendant was represented by Paula Deutsch. Also present was U.S. Probation Officer Steven Gregoryk. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on August 4, 2003, for Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct. He received 33 months of imprisonment and three years of supervised release.

PRIOR ACTION AND MODIFICATIONS

On May 15, 2006, the Court modified Mr. Hill's conditions of supervised release to include the condition that he reside in a Residential Reentry Center (RRC) for 180 days. On August 28,

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

2007, the Court modified Mr. Hill's conditions of supervised release to include the condition that he reside in an RRC for up to 180 days. On March 4, 2008, the Court again modified Mr. Hill's conditions of supervision to include the condition that he reside in an RRC for 180 days.

## PRESENTLY ALLEGED VIOLATION AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated August 20, 2008, Supervising U.S. Probation Officer Steven Gregoryk alleged that defendant violated the following condition of supervised release:

1. As part of his sexual offender treatment program, failing to make reasonable progress and all scheduled individual and group sessions, in violation of the special condition of supervision, which requires the defendant to attend, actively participate, and make reasonable progress in all individual and group sex offender treatment programs.

After being advised of his rights, Mr. Hill admitted the violation. Pursuant to the government's and probation officer's request, the court ordered, as a condition of release, that Mr. Hill abide by all previously ordered conditions of supervision, and be placed on the electronic home monitoring passive global positioning program.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the Court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 19th day of September, 2008.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2